UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS RICHARD MOSS,

    Defendant.
_____/

Hon. Ellen S. Carmody

Case No. 1:19-mj-00204

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a Criminal Complaint with bank robbery, in violation of 18 U.S.C. § 2113(a).

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1). The Court conducted a hearing on June 17, 2019, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, that the government has sustained its burden of proving by clear and convincing evidence, that the defendant poses a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney

General pending trial.

**DONE AND ORDERED** on June 18, 2019.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge